IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

A.H., an infant who sues
by and through CATHY GARDNER, her
grandmother and next friend,

        Plaintiff,

vs.        Civil Action No.: 5:23-CV-00021-EKD

RESEARCH SOLUTIONS
GROUP, INC.,
and
GARY JONES,        Defendants.

---

**JOINT PETITION FOR APPROVAL OF AN
INFANT SETTLEMENT AND DISMISSAL ORDER**

---

COMES NOW the parties, by counsel, and petitions this Court for entry of an Order approving an infant settlement and dismissing this matter. In support, the parties state as follows:

1. A.H. is an infant under the age of 18. She currently resides with her guardian, Cathy Gardner, in Sarasota, Florida.

2. On or about April 5, 2021, A.H. was a passenger in a vehicle on I-81 in Augusta County, Virginia.

3. At that time and place, Defendant Gary Jones, driving a tractor-trailer, collided with the rear of the vehicle in which A.H. was a passenger.

4. At that time and place, Defendant Jones was an employee of Defendant Research Solutions Group, Inc. and was acting within the course and scope of his employment with Defendant Research Solutions Group, Inc.

5. A.H. was caused to suffer injuries as a result of this collision.

6. A.H. received medical treatment for her injuries at Augusta Health in Fishersville, Virginia on April 6, 2021.

7. A.H.'s total medical bills from treatment she received arising out of this incident total $1,037.00.

8. A.H., by and through her guardian and next friend, Cathy Gardner, brought a cause of action against Defendants for injuries she suffered as a result of the collision.

9. Defendants have defended against and disputed the claims and allegations in the cause of action. Defendants expressly deny any fault, liability, or wrongdoing in connection with or related to the April 5, 2021 accident or any injuries allegedly resulting from the accident.

10. Defendants have offered to resolve A.H.'s claim by offering, through their liability insurance carrier, Berkley Environmental, to pay $15,000.00 as a full and final compromise of any and all claims A.H. has arising out of the April 5, 2021 collision, including any claim her guardian, Cathy Gardner, may have for medical bills incurred by A.H. arising out of the collision.

11. Plaintiff and Defendants agree with this settlement and ask that it be approved.

12. Given that A.H. is a minor, the parties request that the funds be used to purchase a structured settlement annuity, which will make "Periodic Payments" to A.H. after A.H. reaches the age of majority.

13. The "Periodic Payments" will be funded through the purchase of a structured settlement annuity issued by Pacific Life Insurance Company, which is rated A+ XV by A.M. Best Company and AA- by Standard & Poor's.

14. The structured settlement annuity is guaranteed and will pay the following total amount to A.H. over the course of the annuity: Fifteen Thousand Three Hundred Twenty-four and 84/100 Dollars ($15,324.84).

15.   Defendants or their assigns will pay, or cause to be paid, future Periodic Payments to Payee A.H. according to the schedule as follows: $425.69 payable monthly, guaranteed for three (3) years, beginning on 08/26/2033, with the last guaranteed payment on 07/26/2036.

16.   All Periodic Payments are guaranteed whether or not the Payee survives the payment schedule. Any Periodic Payments to be made after the death of the Payee shall be made to the estate of the Payee.

17.   The parties ask that the settlement funds be distributed as follows:

| | | |
|---|---|---|
| To:  Allen, Allen, Allen & Allen<br>        (25% fee for legal services rendered): | | $3,750.00 |
| To:  Allen, Allen, Allen & Allen<br>        (for litigation expenses): | | $1,059.50 |
| To:  Allen, Allen, Allen & Allen<br>        (for the Progressive Medical Payments Lien): | | $101.20 |
| To:  Pacific Life & Annuity Services, Inc.<br>        (to fund Periodic Payments for the benefit of A.H., as detailed above): | | $10,089.30 |
| **TOTAL** | | **$15,000.00** |

WHEREFORE, the parties respectfully petition this Court to approve this infant settlement, and direct that the proceeds of this settlement be distributed as outlined above and in the Final Order approving the settlement, as well as to dismiss this matter, along with such other and appropriate relief as the Court may deem proper.

3

Respectfully submitted,

A.H., an infant who sues by
and through CATHY GARDNER, her
grandmother and next friend


*/s/ Scott D. Fitzgerald*
Scott D. Fitzgerald, Esq. (VSB No.: 82103)
Allen, Allen, Allen & Allen
1809 Staples Mill Road
Richmond, Virginia 23230
Telephone:  (804) 257-7517
Facsimile:   (804) 257-7517
scott.fitzgerald@allenandallen.com

Leslee M. Soudrette, Esquire (VSB #: 84478)
Allen, Allen, Allen & Allen
3504 Plank Road
Fredericksburg, Virginia 22407
Telephone:  (540) 786-9653
Facsimile:   (540) 785-5246
Email: Leslee.Soudrette@allenandallen.com
*Attorneys for Plaintiff*


RESEARCH SOLUTIONS GROUP, INC.,
and GARY JONES


*/s/ William Leonard Mitchell, II*
William Leonard Mitchell, II (VSB #: 48585)
Eccleston and Wolf, P.C.
10400 Easton Place, Suite 107
Fairfax, Virginia 22030
(703) 218-5330
(703) 218-5350 (fax)
wmitchell@ewva.com
*Counsel for Defendants*

4