# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

A.H., a minor who sues
by and through CATHY GARDNER, her
grandmother and next friend,

                Plaintiff,

vs.                Civil Action No.: 5:23-CV-00021-EKD

RESEARCH SOLUTIONS
GROUP, INC.,
and
GARY JONES,              Defendants.

## FINAL ORDER APPROVING MINOR SETTLEMENT

This cause came before the Court upon the Joint Petition for Approval of an Infant Settlement and for entry of a Dismissal Order. All counsel of record and Cathy Gardner, grandmother and next friend of A.H., a minor, appeared.

IT APPEARING TO THE COURT that the Defendants deny that they were in any way negligent or otherwise responsible for the motor vehicle accident that occurred on or about April 5, 2021, but have offered to resolve A.H.'s claim by offering, through their liability insurance carrier, Berkley Environmental/Great Divide Insurance Company ("Insurer"), to pay $15,000.00 ("Settlement Funds") as a full and final compromise of any and all claims A.H. has arising out of the April 5, 2021 accident, including any claim that A.H.'s guardian, Cathy Gardner, may have for medical bills incurred by A.H. arising out of the accident.

IT FURTHER APPEARING TO THE COURT that because A.H. is a minor with a disability that may be eligible for SSI benefits when she turns 18, and that A.H. is a resident of Florida, the funds intended for A.H. should be placed into a Florida "Achieving A Better Life Experience Act" (ABLE United) account, established under 26 U.S.C. § 529A, to be opened and

managed by Cathy Gardner (as administrator, or Authorized Legal Representative) with A.H. as the designated beneficiary.

UPON CONSIDERATION OF THE FOREGOING and the entire record in this case, the Court finds good cause exists to approve this Minor Settlement. Accordingly, it is hereby,

ORDERED, ADJUDGED AND DECREED that:

1. The Joint Petition for Approval of a Minor Settlement be, and the same hereby is GRANTED.

2. Consistent with the parties' agreement, the Settlement Funds shall be distributed as set forth below:

| | |
|---|---:|
| To: Allen, Allen, Allen & Allen (25% fee for legal services rendered): | $3,750.00 |
| To: Allen, Allen, Allen & Allen (for litigation expenses): | $1,059.50 |
| To: Allen, Allen, Allen & Allen (for the Progressive Medical Payments Lien): | $101.20 |
| To: Florida ABLE United (to fund an ABLE account with A.H. as designated beneficiary): | $10,089.30 |
| **TOTAL** | **$15,000.00** |

3. As noted in the above breakdown, $10,089.30 of the Settlement Funds shall be used to fund a Florida ABLE United account, with Cathy Gardner as administrator and Authorized Legal Representative and A.H. as the beneficiary.

4. No disbursements shall be made from this ABLE United account unless they are Qualified Disability Expenses, as defined by Florida ABLE United, for the sole benefit of A.H.

5.  No disbursements shall be made from this ABLE United account for any purpose until A.H. reaches the age of 18.

6.  Upon delivery of a check for $15,000.00 to counsel for plaintiff, Defendants Research Solutions, Inc. and Gary Jones shall be discharged from any claim that said Plaintiff had or might have against them by reason of the accident that occurred on April 5, 2021 resulting in personal and physical injuries to the minor child A.H.

7.  Defendants Research Solutions, Inc., Gary Jones, and the Insurer shall have no further liability or responsibility for the proper disbursement and use of the Settlement Funds after the check in the amount of $15,000.00 is issued and conveyed to counsel for plaintiff as outlined above.

And this lawsuit is DISMISSED WITH PREJUDICE.

ENTERED this ____ day of _____, 2024.

_____
Elizabeth K. Dillon
UNITED STATES DISTRICT JUDGE

Copies To:

Scott D. Fitzgerald, Esq.
Leslee M. Soudrette, Esq.
*Counsel for Plaintiff*

William L. Mitchell, II, Esq.
*Counsel for Defendants*